**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

m 00-20482
_____


BARGECARIB INCORPORATED,

Plaintiff-
Counter Defendant-
Appellant-
Cross-Appellee,

VERSUS

OFFSHORE SUPPLY SHIPS INCORPORATED, in personam,

Defendant-
Counter-Claimant-
Appellee-
Cross-Appellant,

THE M/V SOVEREIGN, her engines, tackle, apparel, etc., in rem,

Defendant-
Counter Claimant-
Appellee.


_____

Appeal from the United States District Court
for the Southern District of Texas
m H-97-CV-2321
_____
November 13, 2001

Before BALDOCK,[*] SMITH, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[**]


In this maritime case, now on its second appeal to this court, the plaintiff, BargeCarib, Inc., appeals the refusal to award damages for market value or lost profits; Offshore Supply Ships, Inc., cross-appeals the determination of liability based on a rule 4(f) hearing and the failure to award separate damages. We have reviewed the briefs and applicable portions of the record and have heard the arguments of counsel. We conclude that the district court committed no reversible error.

The judgment, accordingly, is AFFIRMED.

---

[*] Circuit Judge of the Tenth Circuit, sitting by designation.

[**] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.